UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Shannon Elaine Chesney**
a/k/a Shannon E. Chesney, Shannon Clucker,
Shannon E. Wicker, Shannon Wicker, Shannon
Chesneywicker
S.S. No.: xxx-xx-5471
Mailing Address: PO Box 4172, Sanford, NC 27331-

Case No. 10-81534

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on August 26, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: September 1, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 8/10/10 |
|---|---|
| Lastname-SS#: | Chesney-5471 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Lee County Tax Collector | 3 | Mobile Home & Land |
| | San Lee Security | | Contract |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Lee County Tax Collector | 3 | | ** |
| | San Lee Security | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Vanderbilt | 4 | $5,213 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Vanderbilt | 4 | $1,028 | N/A | n/a | $1,028.00 | Mobile Home & Land |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Coastal Federal CU | 1 | $8,978 | 5.00 | $90 | $195.97 | 2004 Mercury Mountaineer |
| | Coastal Federal CU | 2 | | 5.00 | | | Lien on: 2004 Mercury Mounta |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,600 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $303 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,413** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **5.24** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* = Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE         (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Charlene Ennemoser, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Ennemoser
Charlene Ennemoser

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Coastal Federal Credit Union
Attn: Glenn Bourgeois
1000 Saint Albans Drive
Suite #210
Raleigh, NC 27609-6653

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

500 Fast Cash
418 G St SE
Miami, OK 74354-8210

Credit Protection
13355 Noel Road #2100
Dallas, TX 75240-6612

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Allied Financial Services
1918 South Horner Boulevard
Sanford, NC 27330

EData Solutions, LLC
Mission, KS 66202

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

AT&T Mobility
Post Office Box 772349
Ocala, FL 34477-2349

Farmer's Furniture
521 E. Main Street
Sanford, NC 27330

Experian
P.O. Box 2002
Allen, TX 75013-2002

Best Buy
c/o HSBC Retail Services
Post Office Box 15521
Wilmington, DE 19850-5521

Federal Housing Authority
Department of HUD
1500-401 Pine Croft Road
Greensboro, NC 27407

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Carnival
c/o Barclays
Post Office Box 13337
Philadelphia, PA 19101-3337

Galazy Marketing, Inc.
1200 Cobb Parkway N. #100B
Marietta, GA 30062

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Check Into Cash
1005 Spring Lane
Sanford, NC 27330

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Tanitia Chesney
321 A Cross Street
Sanford, NC 27330

GEMB/Care Credit
Post Office Box 981439
El Paso, TX 79998-1439

Harnett County Tax Collector
305 West Cornelius Harnett Blvd.
Suite 101
Lillington, NC 27546

HSBC Bank
Post Office Box 5253
Carol Stream, IL 60197-5253

HSBC Rewardzone
Post Office Box 80045
Salinas, CA 93912-0045

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Bryant Moody Kelly
143 Hancock Road
Cameron, NC 28326

Kirschbaum, Nanny, Brown & Keenan
Post Office Box 19806
Raleigh, NC 27619

Law Offices of Harrington, Gilleland,
Winstead, Feindel & Lucas LLP
1410 Elm Street
Post Office Box 1045
Sanford, NC 27330-1045

Lee County Tax Collector
Post Office Box 1968
Sanford, NC 27331-1968

Lowe's
Post Office Box 981401
El Paso, TX 79998-1401

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Paypal Buyer Credit
c/o GE Money Bank
Post Office Box 981064
El Paso, TX 79998-1064

Peoples National Bank
c/o Carter Bank & Trust
141 Westover Drive
Danville, VA 24541

Sagamore
c/o National Credit Adjusters LLC
Post Office Box 4115
Concord, CA 94524-4115

San Lee Security Systems
105 W. Main Street
Sanford, NC 27330

Sears
Post Office Box 6283
Sioux Falls, SD 57117-6283

Sears
c/o Citibank
Post Office Box 6282
Sioux Falls, SD 57117-6282

Shamrock Marketing
1489 W. Warm Springs Road
Suite 110
Henderson, NV 89014

StarCash Processing
Post Office Box 111
Miami, OK 74355-0111

State Employees Credit Union
ATTN: Lori Barnes
Loss Mitigation Department
Post Office Box 25279
Raleigh, NC 27611

The Law Offices of John T. Orcu
6616-203 Six Forks Road
Raleigh, NC 27615

Keith Bernard Thompson
706 Humber Street
Sanford, NC 27330

United Cash Loans
3531 P. Street NW
Post Office Box 111
Miami, OK 74355

Unknown

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Vanderbilt Mortgage
Post Office Box 9800
Maryville, TN 37802

Vanderbilt Mortgage and Financial
Attn: Bankruptcy Department
Post Office Box 27081
Greensboro, NC 27245-7081


Verizon Wireless
Post Office Box 105378
Atlanta, GA 30348-5378